```
                                            2012 OCT 30 AM 11:46
                                            CLERK U.S. DISTRICT COURT
                                            CENTRAL DIST. OF CALIF.
                                            LOS ANGELES
                                                                    FILED
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 12-CR12-1055 |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | [18 U.S.C. § 1341: Mail Fraud; 18 U.S.C. § 2: Causing an Act to Be Done] |
| JERRY B. GOLDMAN, ) | |
| Defendant. ) | |

The Grand Jury charges:

COUNTS ONE THROUGH TEN

[18 U.S.C. §§ 1341, 2]

A.  INTRODUCTION

1.  At all times relevant to this Indictment:

    a.  Defendant JERRY B. GOLDMAN ("defendant GOLDMAN") was a resident of Thousand Oaks, California, within the Central District of California.

    b.  Defendant GOLDMAN has been licensed to provide insurance brokerage services in California since 1978.

SYM:sym

c.   J.B. Goldman Insurance Agency, Inc., also known as J.B.G. Insurance Agency, Inc. ("Goldman Insurance Agency"), was incorporated in the State of California and operated out of 2635 Lavery Court, #4, Newbury Park, California. Goldman Insurance Agency has been licensed to provide insurance brokerage services in California since 1985.

   d.   As used in this Indictment, the term "insurance policies" refers to insurance coverage for property, automobile, personal employment practices liability, flood, excess/umbrella, fine art, earthquake, fire, multimedia liability, personal valuables, worker's compensation, and rental.

B.  THE SCHEME TO DEFRAUD

2.  Beginning on a date unknown but no later than in or about January 1998, and continuing through in or about August 2011, within the Central District of California, and elsewhere, defendant GOLDMAN, together with others known and unknown to the Grand Jury, knowingly and with intent to defraud, devised, participated in, and executed a scheme to defraud his client-victims, including client-victims T.H., M.W.H., A.S., and S.R., as to material matters, and to obtain money and property from his clients by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

3.  The scheme to defraud was carried out, in substance, in the following manner:

   a.  As a licensed insurance broker, defendant GOLDMAN would purchase insurance policies on behalf of his clients.

   b.  Defendant GOLDMAN would negotiate a premium for the insurance coverage and receive a commission from the insurance provider on each policy.

   c.  Defendant GOLDMAN would create a false and fraudulent invoice on J.B.G. letterhead for the premium payment, inflating the premium due as much as 600%.

   d.  Defendant GOLDMAN would mail or cause to be mailed the false and fraudulent invoices to the client for payment.

   e. Defendant GOLDMAN would receive the payment check and deposit the check into a trust account in the name of J.B. Goldman Insurance Agency, Inc., account no. ending in 2207, at California Oaks State Bank.  Defendant GOLDMAN kept the difference between the actual premium due and the falsely inflated premium paid by the client.

   f. In order to lull his clients into a false sense of security and to prevent clients from complaining to federal or state authorities or bringing a lawsuit against him, when clients asked him for copies of their insurance policies, defendant GOLDMAN sent copies of the insurance policies to the clients and redacted the true premium from the policy documentation to prevent his clients from discovering that they had been overcharged.

  4. Between in or about January 1998, and in or about August 2011, pursuant to the fraudulent scheme described above, defendant GOLDMAN received overpayments of more than $800,000.

C. <u>USE OF MAILS</u>

  5. On or about the dates set forth below, in Los Angeles and Ventura Counties, within the Central District of California, and elsewhere, defendant GOLDMAN, for the purpose of executing the above-described scheme to defraud, caused the following items to be placed in an authorized depository for mail matter to be sent and delivered by the United States Postal Service or a private interstate carrier, according to the directions thereon:

| COUNT | DATE | MAILING |
|---|---|---|
| ONE | 5/20/08 | $33,550 check written on behalf of client-victims T.H. and M.W.H., relating to Fireman's Fund policy number ending in 4692, and mailed to J.B.G. Insurance Agency, Inc., P.O. Box 3396, Thousand Oaks, California |
| TWO | 9/15/08 | $14,880 check written on behalf of client-victim A.S., relating to Fireman's Fund policy number ending in 0053, and mailed to J.B.G. Insurance Agency, Inc., P.O. Box 3396, Thousand Oaks, California |
| THREE | 5/6/09 | $15,450 check written on behalf of client-victim S.R., relating to Fireman's Fund policy number ending in 9584, and mailed to J.B.G. Insurance Agency, Inc., P.O. Box 3396, Thousand Oaks, California |
| FOUR | 8/3/09 | $20,500 check written on behalf of client-victim S.R., relating to Fireman's Fund policy number ending in 1129, and mailed to J.B.G. Insurance Agency, Inc., P.O. Box 3396, Thousand Oaks, California |
| FIVE | 3/22/10 | $203,000 check written on behalf of client-victims T.H. and M.W.H., relating to Praetorian Insurance Company policy number ending in 9900, and mailed to J.B.G. Insurance Agency, Inc., P.O. Box 3396, Thousand Oaks, California |
| SIX | 7/8/10 | $36,000 check written on behalf of client-victims T.H. and M.W.H., relating to Executive Risk Indemnity, Inc. policy number ending in 9811, and mailed to J.B.G. Insurance Agency, Inc., P.O. Box 3396, Thousand Oaks, California |
| SEVEN | 7/10/10 | $4,665 check written on behalf of client-victims T.H. and M.W.H., relating to Fireman's Fund policy number ending in 1732, and mailed to J.B.G. Insurance Agency, Inc., P.O. Box 3396, Thousand Oaks, California |

| COUNT | DATE | MAILING |
|---|---|---|
| EIGHT | 7/26/10 | $31,775 check written on behalf of client-victims T.H. and M.W.H., relating to Fireman's Fund policy number ending in 6366, and mailed to J.B.G. Insurance Agency, Inc., P.O. Box 3396, Thousand Oaks, California |
| NINE | 11/1/10 | $7,050 check written on behalf of client-victims T.H. and M.W.H., relating to Axis Insurance policy number ending in 2474, and mailed to J.B.G. Insurance Agency, Inc., P.O. Box 3396, Thousand Oaks, California |
| TEN | 8/4/11 | $16,655 check written on behalf of client-victim A.S., relating to Fireman's Fund policy number ending in 0053, and mailed to J.B.G. Insurance Agency, Inc., P.O. Box 3396, Thousand Oaks, California |

A TRUE BILL

/s/
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

*[signature]*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


STEPHANIE YONEKURA McCAFFREY
Executive Assistant United States Attorney

6